156 F.3d 1224
 Morley M. Azorsky, Paul Danko, Jr., John N. Mariscotti,
Donald E. Miller, Raymond Robinson
v.
R.J. Reynolds Tobacco, Co., American Tobacco Co., Brown &
Williamson Tobacco Company, as Successor By Merger to
American Tobacco Company, Pall Mall Cigarette Company, U.S.
Armed Forces, Reserve & National Guard, Department of
Defense, U.S., Phillip Morris, Inc., Liggett Group, Inc.,
Lorillard Tobacco Company
 NO. 98-3191
 United States Court of Appeals,
Third Circuit.
 May 12, 1998
 Appeal From: W.D.Pa. ,No.97cv01483
 
 1
 Affirmed.